## Friel Liquor License Case.

Argued October 2, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*Michael J. O'Donnell*, for appellant.

*Horace A. Segelbaum*, Deputy Attorney General, with him *Edmund P. Hannum*, Special Deputy Attorney General, and *James H. Duff*, Attorney General, for appellee.

PER CURIAM, October 3, 1946:
We find no merit whatever in this appeal.
The order of the court below is affirmed at appellant's cost.